IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

HASANI JAMES,

Defendant.

Case No.: 2:20-cr-00377

### ORDER OF COURT

AND NOW, this 29th day of January 2021, upon consideration of the Defendant's Motion for Permission to Reproduce Rule 16 Materials and to Provide a Copy to the NEOCC, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED.

IT IS FURTHER ORDERED that defense counsel has permission to copy materials produced pursuant to Rule 16 of the Federal Rules of Criminal Produce and send them to Officer Larry Kordic at the NEOCC, who will provide Mr. James access to the materials. Mr. James must be given access to the discovery materials as often as is necessary to complete his review, subject to NEOCC's reasonable rules and regulations.

IT IS FURTHER ORDERED, that upon the earlier of (a) completion of these proceedings, or (b) Mr. James' release from the NEOCC, the NEOCC shall return the copied Rule 16 materials to counsel for Mr. James.

BY THE COURT:

_____, J.